IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEIL CORROW,

    Petitioner,                    No. CIV S-06-0250 DFL CMK

    vs.

BUREAU OF U.S. PRISONS, et al.,

    Respondents.               FINDINGS & RECOMMENDATIONS

/

    Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Petitioner has paid the required filing fee.

    The crux of plaintiff's petition appears to be that he seeks a transfer to Los Angeles County for his upcoming surgery. It appears that petitioner is challenging the conditions of his confinement to the extent that he seeks transfer to another prison. Petitioner does not challenge the duration or legality of his confinement. To the extent that petitioner challenges the conditions of his confinement, federal habeas relief is not available. A habeas corpus petition is the proper method to challenge the legality or duration of confinement, but a civil rights action is the proper method to challenging the conditions of confinement. See Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991). Accordingly, it is appropriate to dismiss this action without issuing an

1  order to show cause.  See 28 U.S.C. § 2243; Harris v. Nelson, 394 U.S. 286, 298-99 (1969).

2          Based on the foregoing, IT IS RECOMMENDED that petitioner's application for a
3  writ of habeas corpus be dismissed.

4          These findings and recommendations are submitted to the United States District
5  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
6  days after being served with these findings and recommendations, petitioner may file written
7  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
8  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
9  specified time may waive the right to appeal the District Court's order.  See  Martinez v. Ylst, 951
10 F.2d 1153 (9th Cir. 1991).

12 DATED:   July 14, 2006.

                                                                     /s/ Craig M. Kellison
                                                                     **CRAIG M. KELLISON**
                                                                     UNITED STATES MAGISTRATE JUDGE